IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:04-cr-81-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| CRAIG ALAN JOHNSON | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's Motion for Early Termination of Supervised Release. For cause shown, the motion is GRANTED effective the date of the signing of this Order.

IT IS SO ORDERED.

Signed: May 31, 2011

Graham C. Mullen
United States District Judge